NATIONAL LABOR RELATIONS
BOARD, Petitioner

v.

PRODUCTIVE MFG. CO.

No. 16859.

United States Court of Appeals
Eighth Circuit.

Sept. 15, 1961.

Dominick L. Manoli, Assoc. Gen. Counsel and Marcel Mallet-Prevost, Asst.

Gen. Counsel, Washington, D. C., for petitioner.

H. S. Palmer, in pro. per.

PER CURIAM.

Order of Labor Board enforced, pursuant to stipulation of parties and petition for enforcement.